# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

RANDY PHELPS,

    Plaintiff,

  v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

_____/

Case No. 1:22-cv-00824-SKO

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Doc. 2)

   Plaintiff Randy Phelps filed a complaint on July 5, 2022, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Plaintiff's application to proceed *in forma pauperis* is GRANTED; and

   2. The Clerk of Court is DIRECTED to issue a summons, the Consent/Decline forms, and the Scheduling Order.  Service on the defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated: **July 7, 2022**      /s/ *Sheila K. Oberto*
            UNITED STATES MAGISTRATE JUDGE